UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>　　Carlos E. Mojica<br>　　Nancy Mojica<br><br>　　　　　　　　　　Debtor(s) | Case No.:  10 B 74411<br><br>Chapter:  13<br><br>Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
　　　Carlos E. Mojica, Nancy Mojica, Debtor(s), 7504 Birch Drive, Wonder Lake, IL 60097
　　　David M Lulkin, Attorney for Debtor(s), 55 E. Monroe St. # 3400, Chicago, IL 60603

　　　You are hereby notified that BANK OF AMERICA, N.A. has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

　　　You are hereby notified that debtor(s) is(are) due to BANK OF AMERICA, N.A. for the contractual mortgage payment due 03/01/2012.  As of the 04/30/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 03/01/2012 through 04/01/2012 post-petition mortgage payments, with the 05/01/2012 coming due and $1,292.92 in suspense.  The current mortgage payment amount due each month is $1,308.22.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

　　　Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/22/2012, BANK OF AMERICA, N.A.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

　　　The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on  May 23, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gloria Tsotsos
　　　　　　　　　　　　　　　　　　　　　　Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490

Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-18468)**

NOTE: This law firm is deemed to be a debt collector.