UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
CARLOS E. MOJICA
NANCY MOJICA  CASE NO. 10-74411

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** BAC Home Loans Servicing LP          **Court claim #:** (if known) 4

**Last four digits** of any number used to identify the debtor's account: 5737

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $10,549.72 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $10,549.72 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐ Thru the Chapter 13 Plan          ☒ Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/19/13                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of December, 2013.

Dated:   12/19/13                    /s/Cynthia K. Burnard

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT, MS: TX2-982-03-03
7105 CORPORATE DRIVE
PLANO, TX 75024

BANK OF AMERICA
PO BOX 15168
WILMINGTON, DE  19850

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT   MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

CODILIS & ASSOCIATES
15W030 NORTH FRONTAGE ROAD
SUITE 100
BURR RIDGE, IL  60527

CARLOS E. MOJICA
NANCY MOJICA
7504 BIRCH DRIVE
WONDER LAKE, IL  60097

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603